# CLERK'S MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Arraignment/Detention Hearing

| Case Number: | 23cr1483-004 MLG | UNITED STATES vs. Bekay, et al. | |
|---|---|---|---|
| Hearing Date: | 10/26/2023 | Time In and Out: | 10:00-10:01; 10:26-10:50 |
| Courtroom Deputy: | E. Hernandez | Courtroom: | Rio Grande |
| Defendant: | Josephine Bekay | Defendant's Counsel: | Marc Robert |
| AUSA: | Matthew McGinley | Pretrial/Probation: | G. Rodriguez |
| Interpreter: | N/A | | |

## Proceedings

| | |
|---|---|
| ☐ | First Appearance by Defendant |
| ☐ | Defendant waived appearance at Arraignment |
| ☒ | Defendant received a copy of charging document |
| ☒ | Defendant questioned re: time to consult with attorney regarding penalties |
| ☒ | Defendant waives reading of Indictment |
| ☒ | Defendant enters a Not Guilty plea |
| ☒ | Motions due by Wednesday, November 15, 2023 |

| | | | | | |
|---|---|---|---|---|---|
| ☒ | Parties agree Standing Discovery Order to be electronically entered | ☐ | Discovery Order previously entered | ☐ | Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days |

| | | | |
|---|---|---|---|
| ☒ | Case assigned to: Judge Garcia | | |
| ☒ | Trial will be scheduled by presiding judge | ☐ | Trial currently set |
| ☐ | Defendant waives right to contest detention | | |
| ☒ | Pretrial services officer addresses court; government requests detention, requests stay of release order if Judge orders release; defense requests release; court findings, grants stay until 2:00 PM today | | |

## Custody Status

| | | |
|---|---|---|
| ☐ | Defendant | |
| ☒ | Conditions of release imposed | |

## Other

| | |
|---|---|
| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☒ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |