AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
|---|---|
| v. | ) Case No. CR 23-1483 MLG |
| JOSEPHINE BEKAY | ) |
| Defendant | ) |

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 3 0 2023

MITCHELL R. ELFERS
CLERK

*(stamp: OCT -5 AM 9:15)*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   JOSEPHINE BEKAY                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. §§ 1201(a)(1) Kidnapping; 18 U.S.C. § 2: Aiding and Abetting

Count 2: 8 U.S.C. §§ 1153 and 1201(c): Conspiracy to Commit Kidnapping


Date:     10/04/2023                                                    *N. Maestas*
                                                                   Issuing officer's signature

City and state:     Albuquerque, New Mexico                          Mitchell R. Elfers, Clerk of Court
                                                                   Printed name and title

---

**Return**

This warrant was received on (date)  10/5/2023 , and the person was arrested on (date)  10/24/2023
at (city and state)  Albuquerque, NM .

Date: 10/30/2023                                                  *(signature)* for FBI
                                                                  Arresting officer's signature    SD USM

                                                                  Robert Verona for FBI
                                                                  Printed name and title